G.L.H., BY HIS GUARDIANS AD LITEM, GEORGE H. AND GAIL R. HENNINGSEN v. EDWARD GOLA, SUPERINTENDENT, AND THE BOARD OF EDUCATION OF HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT.

November 3, 1986.

Leave to appeal and to vacate the stay imposed by the Appellate Division are granted, and the stay heretofore imposed

by the Appellate Division is vacated, effective immediately, but without prejudice to an appropriate application to the State Board of Education.

Jurisdiction is not retained.